# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Case No. **02-22 0015**

_____

*(to be filled in by the Clerk's Office)*

STEPHEN MURRAY

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Andrew Phillips, J.T. Peck
City of Monterey, Bill Randolph - Larry Bates
Mike Phillips, Chad Uffer

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        *Stephen R. Murray*

Address      *532 East Lewis Ave*

*Murferey*        *TN.*        *38574*
City        State        Zip Code

County       *Putnam*

Telephone Number    *931-355-9086*

E-Mail Address     *peelslurry710@mail.com*

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name          *Bill Randolph*

Job or Title *(if known)*  *Chief*

Address

*Monterey*        *TN.*        *38574*
City        State        Zip Code

County         *Putnam*

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name          *Larry Bates*

Job or Title *(if known)*  *Police — Lieutenant*

Address

*Monterey*        *TN*        *38574*
City        State        Zip Code

County         *Putnam*

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Mayor, J. Reels &or Walker Nathan |
| Job or Title *(if known)* | Major |
| Street Address | |
| City and County | Monterey Putnam |
| State and Zip Code | TN. 38574 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | City of Monterey City Municipality |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | Monterey Putnam |
| State and Zip Code | TN. 38574 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

*Defendant 3 -* *Andrew Phillips*
*Title* *Officer*
*Monterey*

Defendant No. 3

    Name     *Chao York*

    Job or Title *(if known)*    *Sergeant*

    Address    *Monterey*    *TN*    *38574*
                     City        State      Zip Code

    County    *Putnam*

    Telephone Number

    E-Mail Address *(if known)*

    ☑ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name    *Mike Phillips*

    Job or Title *(if known)*    *Lieutenant*

    Address    *Monterey*    *TN*    *38574*
                     City        State      Zip Code

    County    *Putnam*

    Telephone Number

    E-Mail Address *(if known)*

    ☑ Individual capacity     ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Constitutional Excessive Force - All/Under color of law 4,5,6,7,8 Illegal Search & Seizure False Arrest and Inhumane Incarceration. & Cruel & Unusual Punishment*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

C. they leave it at my house until they came and picked it up. your honor I never touched or even looked in the truck and they pulled it over to the side of my yard by them selves. I never touched nor theft of property any thing. I was only over there because they were stuck and I helped them get unstuck with me pulling them out The Monterey Police 3 weeks later came to my home and Violated Search & Seizure and False Arrest and Cruel & Unusual Punishment with no warrant and never asking me any thing, they went into my Garage & Work Shop and Searched e Seized my own Property without any warrant or reasonable time!

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each Defendant under color of law has harrassed & then came to my home and violated all my constitutional rights with a prior knowledge and scheme to set me up by any means possible. Also they have harrased our wife & Daughter.

III.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

At my home on 532 East Louis Ave Montory MI. 38574

B.   What date and approximate time did the events giving rise to your claim(s) occur?

March 20th and in April 16th 2022

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All the Defendants came to my home and searched & seized my property without talking to me or my wife and then arrested me without a warrant on some heresay that they framed up on me from a Truck that was brought to my home by to men who were cleaning out a rent house next to my home and got stuck in their truck. I went over in my truck and pulled them out of the mud. They stated they were cleaning out the rent house and the old rusty not running truck but they only had a flat bed so they asked could

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was also TAZed in the Back again with this being at my house by Andrew Phillips on my front Porch with my Daughter standing there. Excessive force and had to go to Emergency Room with Heart Problems e still being treated for Heart Problems from being TAZed in Back.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to see more TAzer training for these City officers as I was no threat to them and they TAzed me Anyways

1.5 million per officer - official Capacity
1.5 million per officer - Individual Capacity

These Monterey Police have been harrasing my family e threatening me, my wife e Daughter on Multiple occasions as they are being or using color of law to harass me and my family. they also violating my privacy rights as I live on a dead end and they have a camera pointing in my minor daughters window and she has to keep her blinds drawn.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *May 20, 2022*

Signature of Plaintiff

Printed Name of Plaintiff *STEPHEN MURRAY*

### B.  For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City        State        Zip Code

Telephone Number _____

E-mail Address _____